JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>MARCUS FINKLEY, an Individual; and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No.: CV13-08822 ABC (MANx)<br><br>[~~PROPOSED~~] **PERMANENT INJUNCTION AGAINST DEFENDANT MARCUS FINKLEY AND DISMISSAL WITHOUT PREJUDICE**<br><br>**Honorable Audrey B. Collins** |

The Court, pursuant to the Stipulation for entry Permanent Injunction and Dismissal by and between Plaintiff BEATS ELECTRONICS, LLC ("Plaintiff") and Defendant MARCUS FINKLEY ("Defendant"), through their respective counsels of record, and good cause appearing, hereby ORDERS, ADJUDICATES, and DECREES that permanent injunction shall be and hereby is entered against

- 1 -

**[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL WITHOUT PREJUDICE**

1 Defendant as follows:

2     1. **PERMANENT INJUNCTION**. Pursuant to 15 *U.S.C.* § 1116, Defendant and any person or entity acting on concert with, or at his direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, shall forever cease and refrain from using, and shall not authorize any third party to use, any of Plaintiff's BEATS® and/or BEATS BY DR. DRE® trademarks, or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's trademarks. Defendant shall hereby forever forebear, cease, and be permanently enjoined from engaging in, committing, or performing, directly or indirectly, all of the following acts:

    a. copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise makes any use of, any Plaintiff's trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

    b. performing or allowing others employed by or representing Defendant, or under his control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's trademarks, and/or Plaintiff's business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiff or its products;

    c. engaging in any acts of federal and/or state trademark and/or false designation of origin, unfair competition, dilution, or other act which would tend to damage or injure Plaintiff; and/or

1    d.   using, operating, owning, or controlling any Internet domain name or website that includes any of Plaintiff's trademarks, including but not limited to Plaintiff's BEATS® and BEATS BY DR. DRE® marks.

2. Defendant is ordered to deliver immediately for destruction all unauthorized and/or counterfeit products, including headphones, packaging, labels, signs, prints, wrappers, receptacles and advertisements related thereto in Defendant's possession or control bearing any of Plaintiff's trademarks, intellectual properties, or simulations, reproductions, counterfeits, copies or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices, or any other means of making the same, to the extent that nay of these items are in Defendant's possession and/or control.

3. This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

4. The Court finds there is no just reason for delay in entering this Permanent Injunction and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court should direct immediate entry of this Permanent Injunction against Defendant.

5. Defendant will be making agreed-upon payments to Plaintiff, as more particularly described in a separate Settlement Agreement.

6. **NO APPEALS AND CONTINUING JURIDICTION**.  No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction herein.

7. **NO FEES AND COSTS**.  Each Party shall bear their own attorney's fees and costs incurred in this matter.

/ / /

/ / /

/ / /

8. **DISMISSAL OF THE ACTION.** The Court hereby dismisses the action, without prejudice, upon entry of this Permanent Injunction against Defendant.

IT IS SO ORDERED, ADJUDICATED, and DECREED this 20 day of June, 2014.

By: _____
HON. AUDREY B. COLLINS
United States District Court Judge
Central District of California

- 4 -

[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL WITHOUT PREJUDICE